# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| OLEY VALLEY DEVELOPMENT, INC., | : | No. 734 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| BERKS COUNTY BOARD OF ASSESSMENT APPEALS, | : | |
| Respondent | : | |
| OLEY VALLEY SCHOOL DISTRICIT, | : | |
| Intervenor | : | |
| OLEY VALLEY DEVELOPMENT, INC., | : | No. 735 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| BERKS COUNTY BOARD OF ASSESSMENT APPEALS, | : | |
| Respondent | : | |
| OLEY VALLEY SCHOOL DISTRICT, | : | |
| Intervenor | : | |
| OLEY VALLEY DEVELOPMENT, INC., | : | No. 736 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |

BERKS COUNTY BOARD OF                    :
ASSESSMENT APPEALS,                      :
                                         :
                 Respondent              :
                                         :
OLEY VALLEY SCHOOL DISTRICT,             :
                                         :
                 Intervenor              :

## ORDER

**PER CURIAM**

AND NOW, this 8th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justice Eakin did not participate in the consideration or decision of this matter.